UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

PAUL DANE RICHARDSON,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Possession with Intent to Distribute Controlled Substances)

On or about March 7, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

PAUL DANE RICHARDSON,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

Before PAUL DANE RICHARDSON committed the offense charged in this count, he was convicted of the following serious drug felony – delivery/manufacture of a controlled substance (less than 50 grams), in violation of Mich. Comp. Laws § 333.7401(2)(iv), in the 9th Circuit Court in Kalamazoo, Michigan, on or about November 14, 2005, for which he served more than 12 months of imprisonment and

was released from serving any term of imprisonment related to that offense within

15 years of the start of the instant offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 851

## COUNT 2
(Felon in Possession of a Firearm)

On or about March 7, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

PAUL DANE RICHARDSON,

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Taurus G2C 9mm pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 3

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 7, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

PAUL DANE RICHARDSON,

knowingly possessed a firearm, that is, a Taurus G2C 9mm pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged and described in Count 1 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

## FORFEITURE ALLEGATION

(Possession of a Firearm in Furtherance of Drug Trafficking and Felon in Possession of a Firearm)

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), as charged in Count 2, or upon conviction of the offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), as charged in Count 3, the defendant,

PAUL DANE RICHARDSON,

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense.  The property to be forfeited includes, but is not limited to, a Taurus G2C 9mm pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney

5