# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.** Paul Dane Richardson | **Mag. Judge:** Ray Kent |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-cr-00083-HYJ | August 12, 2026 | 3:34 - 3:49 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Constance Turnbull | Jasna Tosic* | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>__mute __nolo contendre<br>__not guilty __guilty<br>__ Initial Pretrial Conference<br>__ Detention (waived __)<br>__ Preliminary (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: ____________ | __ Defendant's Rights<br>__ Waiver of ____________<br>__ Consent to Mag. Judge for ________<br>__ Other:<br>____________<br>____________<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>__ Other:<br>____________ | Guilty Plea to Count(s) ________<br>of the ____________<br>Count(s) to be dismissed at sentencing:<br>____________<br>Presentence Report:<br>__Ordered __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| *Appeared as FPD duty attorney.<br><br>Government's motion for a detention hearing under 18 U.S.C. § 3142(f)(1)(C) and (E) granted. | Imprisonment: ____________<br>Probation: ____________<br>Supervised Release: ____________<br>Fine: $ ____________<br>Restitution: $ ____________<br>Special Assessment: $ ____________<br>Plea Agreement Accepted: __Yes __No<br>Defendant informed of right to appeal: __Yes __ No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ ____________ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Arraignment/IPTC/Detention Hearing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **K. Belanger** |